**STATE of Missouri, Respondent,**

v.

**Michael W. THOMAS Jr., Appellant.**

**No. ED 79149.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 15, 2002.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 13, 2002.

Application for Transfer Denied
April 23, 2002.

C. Clifford Schwartz, Clayton, MO, for
appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before RICHARD B. TEITELMAN,
P.J., GARY M. GAERTNER, J., and
CLIFFORD H. AHRENS, J.

*ORDER*

PER CURIAM.

Michael Thomas ("defendant") appeals
the judgment following his conviction by a
jury of assault of a law enforcement officer
in the first degree, in violation of section
565.081 RSMo 2000, and armed criminal
action, in violation of section 571.015. The
trial court entered judgment on the verdict
and sentenced defendant to two concurrent
twenty-year terms of imprisonment.

We have reviewed the briefs of the parties and the record on appeal and find no
error of law. No jurisprudential purpose
would be served by a written opinion.
However, the parties have been furnished
with a memorandum opinion for their information only, setting forth the facts and
reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).